**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01332-REB-KLM

NANCY BLOOM, and
SAWAYA, ROSE, MCCLURE & WILHITE, P.C., a Colorado corporation,

      Plaintiffs,

v.

ABC COLLECTIONS, INC.;
HEALTHCARE COLLECTIONS, LTD. LIABILITY CO. d/b/a A-1 COLLECTION AGENCY;
TORMEY BEWLEY CORPORATION d/b/a THE ADVANTAGE GROUP,
MARRICK MEDICAL FINANCE, LLC;
DELTA COUNTY MEMORIAL HOSPITAL DISTRICT d/b/a DELTA COUNTY MEMORIAL HOSPITAL; and
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

      Defendants.

---

**ORDER DISMISSING TORMEY BEWLEY CORPORATION
D/B/A/ THE ADVANTAGE GROUP**

---

**Blackburn, J.**

      The matter is before me on the **Notice of Voluntary Dismissal as to Defendant Tormey Bewley Corporation d/b/a The Advantage Group Only** [#24][1] filed July 6, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiffs' claims against defendant, Tormey Bewley Corporation d/b/a The Advantage Group, should be dismissed with prejudice.

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal as to Defendant Tormey Bewley Corporation d/b/a The Advantage Group Only** is approved;

2. That plaintiffs' claims against defendant, Tormey Bewley Corporation d/b/a The Advantage Group, are dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

3. That defendant, Tormey Bewley Corporation d/b/a The Advantage Group, is dropped as a party to this action, and the caption shall be amended accordingly.

Dated July 7, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge