**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  15-cv-01332-REB-KLM

NANCY BLOOM, and
SAWAYA, ROSE, MCCLURE & WILHITE, P.C., a Colorado corporation,

     Plaintiffs,

v.

MARRICK MEDICAL FINANCE, LLC;
DELTA COUNTY MEMORIAL HOSPITAL DISTRICT d/b/a DELTA COUNTY MEMORIAL HOSPITAL; and
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

     Defendants.

## ORDER DISMISSING DELTA COUNTY MEMORIAL HOSPITAL DISTRICT ONLY

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal as to Defendant Delta County Memorial Hospital District Only** [#27][1] filed August 20, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the claims of the plaintiffs against defendant, Delta County Memorial Hospital District d/b/a Delta County Memorial Hospital, should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulation of Dismissal as to Defendant Delta County Memorial Hospital District Only** is approved;

     2. That the claims of the plaintiffs against defendant, Delta County Memorial

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Hospital District d/b/a Delta County Memorial Hospital, are dismissed with prejudice with the parties to pay their own attorney fees and costs; and

      3.  That defendant, Delta County Memorial Hospital District d/b/a Delta County Memorial Hospital, is dropped as a party to this action, and the caption shall be amended accordingly.

      Dated August 20, 2015, at Denver, Colorado.

      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge