IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No.  15-cv-01332-REB-KLM

NANCY BLOOM, and
SAWAYA, ROSE, MCCLURE & WILHITE, P.C., a Colorado corporation,

      Plaintiffs,

v.

MARRICK MEDICAL FINANCE, LLC; and
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

      Defendants.

## ORDER DISMISSING MARRICK MEDICAL FINANCE, LLC ONLY

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal Without Prejudice as to Defendant Marrick Medical Finance, LLC Only** [#29][1] filed August 27, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Without Prejudice as to Defendant Marrick Medical Finance, LLC Only** is approved;

2. That any claims of Nancy Bloom which have been filed or could have been filed against Marrick Medical Finance, LLC are dismissed without prejudice, with the parties to pay their own attorney fees and costs;

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That any claims of Marrick Medical Finance, LLC which have been filed or could have been filed against Nancy Bloom are dismissed without prejudice, with the parties to pay their own attorney fees and costs;

3. That any claims of Sawaya, Rose, McClure & Wilhite, P.C. which have been filed or could have been filed against Marrick Medical Finance, LLC are dismissed with prejudice, with the parties to pay their own attorney fees and costs;

4. That any claims of Marrick Medical Finance, LLC which have been filed or could have been filed against Sawaya, Rose, McClure & Wilhite, P.C. are dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

5. That defendant Marrick Medical Finance, LLC is dropped as a party to this action, and the caption shall be amended accordingly.

Dated August 31, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge