**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01332-REB-KLM

NANCY BLOOM, and
SAWAYA, ROSE, MCCLURE & WILHITE, P.C., a Colorado corporation,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE
SERVICE,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal With Prejudice** [#31][1]

filed September 1, 2015.   After careful review of the stipulation and the file, I conclude

that the stipulation should be approved and that this action should be dismissed with

prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** is approved;

      2.  That all pending pretrial deadlines are vacated; and

      3.  That this action is dismissed with prejudice with the parties to pay their own

attorney fees and costs.

---

[1]  "[#31]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this
convention throughout this order.

Dated September 2, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge